UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>                    Plaintiff,<br><br>          v.<br><br>SB HOLDINGS – TURLOCK LP,<br><br>                    Defendant. | Case No. 1:21-cv-00950-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 10) |

On October 15, 2021, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 10.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:   **October 18, 2021**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE